UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                                                                    Case No. 15 B 26230

    Nadia P Peck

        Debtor(s)

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

    Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

    1) The case was filed on 07/31/2015.

    2) The plan was confirmed on 11/02/2015.

    3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA .

    4) The trustee filed action to remedy default by the debtor in performance under the plan on 11/25/2015, 05/16/2016.

    5) The case was Dismissed on 08/01/2016.

    6) Number of months from filing to last payment: 12.

    7) Number of months case was pending: 29.

    8) Total value of assets abandoned by court order: NA .

    9) Total value of assets exempted: NA .

    10) Amount of unsecured claims discharged without payment: $0.00.

    11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $4,000.00 |
| Less amount refunded to debtor | $157.46 |
| **NET RECEIPTS:** | **$3,842.54** |

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $3,625.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $147.41 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$3,772.41** |
| Attorney fees paid and disclosed by debtor: | $750.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| A Taste of California | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| ADT | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| AIT | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| Alegis Group | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| Allerial Company | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| American InfoSource LP as agent for | Unsecured | 428.11 | 595.86 | 595.86 | 0.00 | 0.00 |
| Americash Loans | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| AT&T Mobility II LLC | Unsecured | 364.29 | 746.35 | 746.35 | 0.00 | 0.00 |
| Avon | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| Bath & Body Works | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| Bk Of Amer | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| Blockbuster | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| Brennan & Clark Ltd. | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| capital one bank usa | Unsecured | 1,585.30 | NA | NA | 0.00 | 0.00 |
| Capital One Bank USA NA | Unsecured | 684.85 | NA | NA | 0.00 | 0.00 |
| carson pirie scott | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| Cba | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| Central Credit/Penn Cr | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| Certegy | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| Certesy | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| Check 'n Go of Illinois | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| Check Rite | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| City of Chicago Department of Revenue | Unsecured | 6,141.72 | 7,147.38 | 7,147.38 | 0.00 | 0.00 |
| Collection Buruea of America | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| Columbia House | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| Comenity Bank/Vctrssec | Unsecured | 183.00 | NA | NA | 0.00 | 0.00 |
| Commonwealth Edison Company | Unsecured | 1,346.80 | 1,435.59 | 1,435.59 | 0.00 | 0.00 |
| Complete Payment Recovery Services | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| Country Bank of Rehoboth Beach | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| CPS | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| Cross Check Inc | Unsecured | 274.43 | 476.33 | 476.33 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Dental Profile of Hyde Park | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| Discover Card | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| District Counsel | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| Dominck Finer Foods | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| Dr. Jerome James | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| Empress Casino Hammond | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| Enhanced Recovery | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| Eos / Cca | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| FDS National Bank | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| First National Bank | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| Highland Park Hospital | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| I C System Inc (Original Creditor:At T | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| Illinois Dept of Revenue 0414 | Priority | 1,732.00 | 2,772.74 | 2,772.74 | 0.00 | 0.00 |
| Illinois Dept of Revenue 0414 | Unsecured | 0.00 | 1,292.70 | 1,292.70 | 0.00 | 0.00 |
| Illinos Valley Radioligists | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| Internal Revenue Service | Priority | 21,336.85 | 13,635.24 | 13,635.24 | 0.00 | 0.00 |
| Internal Revenue Service | Unsecured | 0.00 | 906.12 | 906.12 | 0.00 | 0.00 |
| Jefferson Capital Systems LLC | Unsecured | 494.00 | 494.99 | 494.99 | 0.00 | 0.00 |
| Jefferson Capital Systems LLC | Unsecured | 997.00 | 997.90 | 997.90 | 0.00 | 0.00 |
| Jefferson Capital Systems LLC | Unsecured | 494.99 | NA | NA | 0.00 | 0.00 |
| Keynote Consulting | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| LVNV Funding LLC | Unsecured | 517.00 | 560.15 | 560.15 | 0.00 | 0.00 |
| Marshall Salon | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| Mcsi Inc | Unsecured | 3.00 | NA | NA | 0.00 | 0.00 |
| Mcsi Inc | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| Merchant Direct | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| Metra Ticket Collection | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| Michael Reese Hospital | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| Michigan Guaranty Agency | Unsecured | 2,253.17 | 2,357.49 | 2,357.49 | 0.00 | 0.00 |
| Microsoft | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| Millenium Credit Consultants | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| My Cash Time.Com | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| National Quick Cash | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| NCO Financial Systems Inc | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| Nicor Gas | Unsecured | 1.00 | 730.00 | 730.00 | 0.00 | 0.00 |
| Nordstrom | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| Northwestern Memorial Hospital | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| Penn Credit ( | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| Peoples Energy Corp | Unsecured | 89.34 | 59.39 | 59.39 | 0.00 | 0.00 |
| Pier 1 Imports | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| Portfolio Recovery Associates | Unsecured | 1.00 | 524.99 | 524.99 | 0.00 | 0.00 |
| Prog Finance LLC | Unsecured | 0.00 | 2,161.35 | 2,161.35 | 0.00 | 0.00 |
| QCS | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| Quantum3 Group | Unsecured | 299.00 | 272.76 | 272.76 | 0.00 | 0.00 |
| Quantum3 Group | Unsecured | 310.00 | 403.12 | 403.12 | 0.00 | 0.00 |
| Ret Ntl Bk/target | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| ROI Services, Inc | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| Sallie Mae, INC | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| Sm Servicing | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| Sonic Payday.com | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| State Farm Insurance Co. | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| Target National Bank | Unsecured | 256.18 | NA | NA | 0.00 | 0.00 |
| TCF National Bank | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| Tiburon Financial LLC | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| Timothy Liou | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| Titlemax Of Illinois Inc d/b/a TitleMax | Unsecured | NA | 0.00 | 276.65 | 0.00 | 0.00 |
| Titlemax Of Illinois Inc d/b/a TitleMax | Secured | 1,900.00 | 2,176.65 | 1,900.00 | 32.16 | 37.97 |
| University of ChicagoPhysicians | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| Verizon Wireless | Unsecured | 904.87 | NA | NA | 0.00 | 0.00 |
| Village of Skokie | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Village of South Holland | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| Walgreens | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| West Asset | Unsecured | 301.00 | NA | NA | 0.00 | 0.00 |
| Zalutsky and Pinski | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $1,900.00 | $32.16 | $37.97 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$1,900.00** | **$32.16** | **$37.97** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $16,407.98 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$16,407.98** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$21,439.12** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $3,772.41 |
| Disbursements to Creditors | $70.13 |
| **TOTAL DISBURSEMENTS**: | **$3,842.54** |

**UST Form 101-13-FR-S (9/1/2009)**

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 12/29/2017                    By: /s/ Marilyn O. Marshall
                                              Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**